KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHELLE ADAME, | **Case No.:** 2:17-cv-01654-SVW-KS |
|---|---|
| Plaintiff, | **DECLARATION OF JASON A. IBEY IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL ARBITRATION** |
| v. | |
| ALLY FINANCIAL, INC., | |
| Defendant. | |

## **DECLARATION OF JASON A. IBEY**

I, JASON A. IBEY, declare:

1. I am an attorney admitted to the State Bar of California on November 26, 2012, and have been a member in good standing since that time. I am also admitted in every federal district in California and have handled federal litigation in the federal districts of California. I am a senior associate with the law firm Kazerouni Law Group, APC, and co-counsel for Michelle Adame in the above-captioned action against defendant Ally Financial, Inc. ("Defendant").

2. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. I submit this declaration in support of Plaintiff's opposition to the motion to compel arbitration.

4. Attached hereto as **Exhibit A** is a true and correct copy of the document (which I understand to be the Consumer Arbitration Rules for the American Arbitration Association) found at https://www.adr.org/sites/default/files/Consumer%20Rules.pdf, which I accessed on August 3, 2017.

5. On or about June 14, 2017, Plaintiff served a document subpoena on the American Arbitration Association ("AAA"). In response to that document subpoena, AAA produced various documents on or about July 14, 2017, through legal counsel, Tracey B. Frisch. Attached hereto as **Exhibit B** is a true and correct copy of a portion of that document production.

6. Attached hereto as **Exhibit C** is a true and correct copy of the webpage located at https---www.adr.org-simplefileandpay-

fa...0hp85wb_4&_afrLoop=10915408363703475#!, which I accessed on May 20, 2017, showing a registration date of May 19, 2016. Highlighting was added.

7. Attached hereto as **Exhibit G** is a true and correct copy of the documents found at https://www.treasury.gov/initiatives/financial-stability/TARP-Programs/automotive-programs/Documents/December%202010.pdf, which I downloaded on August 3, 2017.

8. Attached hereto as **Exhibit H** is a true and correct copy of the webpage located at https---www.adr.org-simplefileandpay-fa...indowMode=0&_afrWindowId=7apvjcm0x_1#!, accessed by me on August 3, 2017, as well as the consumer arbitration clause registered with the American Arbitration Association ("AAA") by Ally Financial, Inc., located by using the online search toll provided by AAA, which document I downloaded on August 3, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 7, 2017, pursuant to the laws of the United States of America and the State of California at St. George, Utah.

/s/ Jason A. Ibey
Jason A. Ibey