**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiff*,
Michelle Adame

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ADAME,<br><br>**Plaintiff,**<br><br>v.<br><br>ALLY FINANCIAL, INC.,<br><br>**Defendant.** | **Case No.:** 2:17-CV-01654-SVW-KS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Michelle Adame ("Plaintiff") submits this Notice of Settlement to inform the Court that this action has settled in its entirety. Plaintiff respectfully requests that all pending deadlines be vacated and that the Court set a deadline of no earlier than November 30, 2017 for the parties to file the appropriate dismissal papers.

///

///

///

---

NOTICE OF SETTLEMENT
2:17-CV-01654-SVW-KS                                  1 OF 2

| | | |
|---|---|---|
| 1 | Dated: October 3, 2017 | Respectfully submitted, |
| 2 | | **KAZEROUNI LAW GROUP, APC** |
| 3 | | |
| 4 | | By: _/s/ Abbas Kazerounian_____ |
| 5 | | ABBAS KAZEROUNIAN, ESQ.<br>AK@KAZLG.COM<br>ATTORNEYS FOR PLAINTIFF |

Additional Plaintiff's Counsel

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022