**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for Defendant,
Michelle Adame

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MICHELLE ADAME,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALLY FINANCIAL, INC.,<br><br>        Defendant. | Case No. 2:17-CV-01654-SVW-KS<br><br>**STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Michelle Adame ("Plaintiff") and defendant Ally Financial, Inc., through counsel, stipulate to the dismissal of the action with prejudice, with each party to bear their own fees and costs.

DATED: December 20, 2017  **KAZEROUNI LAW GROUP, APC**

By: _/s/ Jason A. Ibey_
Jason A. Ibey

Attorneys for Plaintiff, Michelle Adame

DATED: December 20, 2017  **SEVERSON & WERSON**
**A Professional Corporation**

By: _/s/ Alisa A. Givental_
Alisa A. Givental

Attorneys for Defendant, Ally Financial, Inc.

I, Jason A. Ibey, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that Alisa A. Givental, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

_/s/ Jason A. Ibey_