1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ADAME,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALLY FINANCIAL, INC.,<br><br>          Defendant. | CASE NO. 2:17-cv-01654-SVW-KS<br><br>**ORDER GRANTING STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

        Having considered the Parties' Stipulation To Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause, the Court grants the stipulation and hereby dismisses the action with prejudice.  Each party shall bear their own fees and costs.

DATED: December 21, 2017

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE